IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH DIANE MASSEY, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | |
| : | |
| KILOLO KIJAKAZI, : | No. 23-1372 |
| Acting Commissioner of Social Security, : | |
| Defendant, : | |
| : | |

## JUDGMENT

**AND NOW,** this 2nd day of November, 2023, in accordance with the Court's separate Order granting the consent motion to remand, filed contemporaneously with this Judgment, and pursuant to Federal Rule of Civil Procedure 58(a), it is hereby **ORDERED** that **JUDGMENT** is entered in **FAVOR** of Plaintiff Elizabeth Diane Massey and **AGAINST** the Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.

BY THE COURT:

_s/Pamela A. Carlos_
PAMELA A. CARLOS
U.S. Magistrate Judge